City, for appellants. W. G. Lane, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 137 N. Y. Supp. 1131.

---

MULLETT, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by John Mullett against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

---

MULLETT, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by Henry Mullett against the State of New York. No opinion. Judgment unanimously affirmed, with costs.

---

MURPHY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1912.) Action by Martha W. Murphy against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

NATIONAL LEAGUE OF COMMISSION MERCHANTS OF UNITED STATES, Respondent, v. HORNUNG, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 13, 1912.) Action by the National League of Commission Merchants of the United States against George Hornung. No opinion. Judgment affirmed, with costs, upon the opinion of Spring, J., upon former appeal in same case, reported at 148 App. Div. 355, 132 N. Y. Supp. 871.

---

NELSON, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Anna Nelson against the Richmond Light & Railroad Company. No opinion. Order unanimously affirmed, with costs.

---

NEPTUNE REALTY CO. v. IMPROVED PROPERTY HOLDING CO. et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by the Neptune Realty Company against the Improved Property Holding Company and others. No opinion. Application denied, with $10 costs. Order signed.

---

NEU et al. v. FOX et al. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by Jacob Neu and others, copartners, etc., against William J. Fox and another. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 151 App. Div. 17, 135 N. Y. Supp. 208.

---

NEVILLE, Appellant, v. KELLEY, Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1912.) Action by John H. Neville against Peter C. Kelley. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 151 App. Div. 947, 136 N. Y. Supp. 1142.

---

NIVER, Respondent, v. HINDS, NOBLE & ELDREDGE, Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1912.) Action by Harmon B. Niver against Hinds, Noble & Eldredge. R. Hinds, of New York City, for appellants. R. T. Greene, of New York City, for respondent. No opinion. Order modified, by striking out paragraphs IV, V, and VI of the complaint, and, as modified, affirmed, without costs. Settle order on notice.

---

NOBLE, Respondent, v. NOBLE, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1912.) Action by William Noble against Sarah J. Noble, etc. No opinion. Judgment affirmed, with costs. See, also, 151 App. Div. 921, 136 N. Y. Supp. 1142.

---

NOLAN, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 20, 1912.) Action by Margaret Nolan, as administratrix, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment and order affirmed, with costs.

---

NOTMAN v. BERMUDA ATLANTIC S. S. CO. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Chas. F. Notman against the Bermuda Atlantic Steamship Company. No opinion. Motion granted, with $10 costs. Order filed.

---

O'BEIRNE v. CALLAN et al. (Supreme Court, Appellate Division, First Department. December 27, 1912.) Action by Mary O'Beirne against Peter Callan and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellants comply with terms stated in order. Order filed.

---

OCHOA, Respondent, v. RIDGWAY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 29, 1912.) Action by Victor Ochoa against the Ridgway Company and others. F. Rooney, of New York City, for appellants. C. S. Aronstam, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 151 App. Div. 936, 135 N. Y. Supp. 1129.

---

In re O'CONNOR. (Supreme Court, Appellate Division, First Department. December 27, 1912.) In the matter of William O'Connor.